# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 03 CR 0739 JM |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION REQUESTING AUTHORIZATION TO ACQUIRE U.S. PASSPORT AND TO TRAVEL TO MEXICO** |
| vs. | |
| JORGE ROMERO, | |
| Defendant. | |

Defendant seeks an order granting him authorization to obtain a United States passport and to travel to Mexico for the purposes of visiting his father sixty days after Defendant's release from federal custody. (Doc. no. 38.) Because Defendant's projected release date from federal custody is May 7, 2009, this motion is premature. Moreover, the court's functions do not include issuance of a United States passport. Accordingly, Defendant's motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: March 20, 2008

							_____
							Hon. Jeffrey T. Miller
							United States District Judge